UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY M. BANKS,

    Plaintiff,

    v.

COUNTY OF ALAMEDA,

    Defendant.

Case No. 14-cv-00482-WHO

**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE**

On April 23, 2014, I dismissed Mr. Banks's complaint and granted him leave to file an amended complaint within 30 days. Dkt. No. 19. Mr. Banks has not filed an amended complaint.

**Mr. Banks is ordered to file an amended complaint by September 3, 2014, or, if he does not file an amended complaint by September 3, 2014, to show cause by that date why this matter should not be dismissed with prejudice for failure to prosecute.**

The case management conference currently scheduled for August 19, 2014 is CONTINUED until October 14, 2014.

**IT IS SO ORDERED**.

Dated: August 14, 2014

_____
WILLIAM H. ORRICK
United States District Judge