UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. BANKS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA,<br><br>    Defendant. | Case No.  14-cv-00482-WHO<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 24 |

On April 23, 2014, I dismissed *pro se* plaintiff Gregory Banks's complaint and granted him leave to file an amended complaint within 30 days. Dkt. No. 19. Mr. Banks has not filed an amended complaint.

On August 14, 2014, I ordered Mr. Banks to file an amended complaint by September 3, 2014, or, if he did not file an amended complaint by September 3, 2014, to show cause by that date why this matter should not be dismissed with prejudice for failure to prosecute. Dkt. No. 23. Instead, on August 18, 2014, Mr. Banks filed a request for voluntary dismissal without prejudice, per Federal Rule of Civil Procedure 41. Dkt. No. 24. Mr. Banks states that he "is seeking to resolve this case and it appears that a favorable result can be obtained." Mr. Banks's request is GRANTED. This case is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED**.

Dated: August 26, 2014

WILLIAM H. ORRICK
United States District Judge