UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BANKS,<br><br>  Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES,<br><br>  Defendant. | Case No. 18-cv-04451-JCS<br>*Also Filed in Case No. 14-cv-00482-WHO*<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

In this action, Case No. 18-cv-4451 (the "2018 case"), Plaintiff Gregory Banks, pro se, asserts that Alameda County's child support department has continued to collect funds from Banks despite his ex-wife's waiver of her claim to past-due child support.

Banks previously challenged Alameda County's management of its child support program and its efforts to collect from him in *Banks v. County of Alameda*, No. 14-cv-00482-WHO (N.D. Cal.) (the "2014 case"), which was assigned to the Honorable William Orrick. In that case, Judge Orrick granted a motion to dismiss and granted Banks leave to amend on April 23, 2014. Banks did not file an amended complaint by the deadline. After Judge Orrick issued an order to show cause why the 2014 case should not be dismissed with prejudice for failure to prosecute, Banks requested voluntary dismissal without prejudice, and Judge Orrick granted that request.

The undersigned hereby refers the 2018 case to Judge Orrick for a determination of whether it is related to the 2014 case. Any party may file a response in support of or opposition to finding the cases related no later than August 20, 2018. *See* Civ. L.R. 3-12(c), 3-12(e), 7-11(b).[1]

**IT IS SO ORDERED.**

Dated: August 16, 2018

                JOSEPH C. SPERO
                Chief Magistrate Judge

---

[1] The undersigned is separately filing a report recommending that the 2018 case be dismissed without prejudice for failure to pay the filing fee. The undersigned has not received consent of all parties pursuant to 28 U.S.C. § 636(c) to preside over the 2018 case. If the 2018 case is not related to the 2014 case, the 2018 case will be randomly assigned to a United States district judge for all further proceedings.